IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CR328 |
| | ) | |
| v. | ) | |
| | ) | |
| OSCAR ARZALUZ-ESQUIVEL, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion to continue trial (Filing No. 31). The Court notes defendant has filed a written waiver of speedy trial (Filing No. 32). Accordingly,

IT IS ORDERED that the motion is granted; trial is rescheduled for:

**Monday, November 17, 2008, at 9 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska. To give the parties time to pursue plea negotiations and because of the schedule of the Court, the ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial. The additional time between October 20, 2008, and November 17, 2008, shall be deemed excludable time in any

computation of time under the requirement of the Speedy Trial Act.  18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 17th day of October, 2008.

BY THE COURT:

/s/ Lyle E. Strom

_____
     LYLE E. STROM, Senior Judge
     United States District Court